United States District Court
Southern District of Texas
**ENTERED**
March 07, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| ROBERT MAHAFFEY, | § § § | |
| Plaintiff, | § | |
| VS. | § | NO. 3:22-cv-348 |
| | § | |
| CHANGMAL, LLC, *et al.*, | § § | |
| Defendant. | § § § | |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

On March 3, 2023, the plaintiff filed a notice of voluntary dismissal as to its claims against all defendants, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. Dkt. 15.

Accordingly, it is hereby **ORDERED** that all claims asserted by the plaintiff against the defendants in the above-captioned and numbered lawsuit are **DISMISSED WITHOUT PREJUDICE** to refiling.

Each party to bear its own attorneys' fees and costs.

Signed on Galveston Island this 7th day of March, 2023.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE